Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PAUL KEALOHA JUNIOR,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF HAWAIʻI,<br><br>    Defendant. | Civil No. 25-00281 MWJS-RT<br><br>STIPULATED JUDGMENT AND STIPULATED PERMANENT INJUNCTION |

**STIPULATED JUDGMENT AND
STIPULATED PERMANENT INJUNCTION**

1)    IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS

ENTERED AGAINST DEFENDANT HAWAII COUNTY ("County");

2

2) From the date the court approves and signs this Stipulated Judgment and Stipulated Permanent Injunction, County and its agents are enjoined permanently from the acts described below and shall perform those acts described below;[1]

3) With regard to Plaintiff PAUL KEALOHA JUNIOR ("Plaintiff"), his application for a Permit To Acquire, hereinafter ("PTA"), will be processed in accordance with Hawai'i Revised Statutes;

4) County and its agents shall not deny any PTA based only on a police report if the applicant is not also being prosecuted for a felony, a crime of violence, a criminal offense relating to firearms, or an illegal sale or distribution of any drug in a court in this State or elsewhere, related to the allegations in the police report, with such criminal prosecution being evidenced by a then existing criminal complaint, information or indictment.

---

[1] Plaintiff's counsel has previously and recently filed complaints in federal court alleging that County improperly denied permits to acquire and/or carry in the following cases: *Choda v. County of Hawaii*, 1:21-cv-00384, *Grell v. County of Hawaii*, 1:23-cv-00328, *Day v. County of Hawaii,* 1:23-CV-000576, *Shiroma v. Hawaii County* 1:25-cv-00181-JAO-WRP, *Thompson v. County of Hawaii*, 1:24-cv-00333. Stipulated judgments were entered in favor of Plaintiffs in the foregoing cases. Counsel for County is willing to work with Plaintiffs' counsel on resolving similar cases before a complaint is filed in the future, but nothing herein prohibits any Plaintiff's counsel from filing a future lawsuit as appropriate.

5) Nothing in this Order shall be construed as an admission of liability or violation of any right by County or any agent thereof;

6) County shall process all PTA in accordance with Hawai'i Revised Statutes;

7) By separate settlement agreement, a resolution of all claims for damages, attorneys' fees, and costs has been reached. Except as expressly provided in the settlement agreement, the parties are to bear their own attorneys' fees and costs.

8) Plaintiff unconditionally releases, acquits, and discharges County and all its employees and agents from all injuries, claims, damages, and causes of action that were brought or could have been brought arising from or associated with only the specific facts alleged in the instant Lawsuit and the laws, rules, or regulations in effect at the time of the execution of this Stipulated Judgment, but not regarding any other aspect of the denial or any future decision or action either for Plaintiff or any other person. No other claims remain outstanding in this litigation. All parties who have appeared in this action have signed this Stipulated Judgment.

DATED: San Diego, California, September 15, 2025.

*/s/ Alan A. Beck*
ALAN A. BECK
KEVIN GERARD O'GRADY
Attorney for Plaintiff
Paul Kealoha Junior

DATED: Hilo, Hawaii, September 15, 2025.

*/s/ Steven K. Idemoto*
STEVEN K. IDEMOTO
Attorney for Defendant
HAWAII COUNTY

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated:     September 16, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

---

*Paul Kealoha Junior vs. County of Hawaiʻi*; Civil No. 25-00281 MWJS-RT;
STIPULATED JUDGMENT AND STIPULATED PERMANENT INJUNCTION